MAURICE BLOG, Appellant, v. BURDEN & Co., INC., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

PAUL BORITSOS, Respondent, v. BUSH TERMINAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JACOB BRODSKY, Respondent, v. BROWNSVILLE SAVINGS BANK, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

BEATRICE CLAY, Also Known as BEATRICE HOLSKY, and Others, Respondents, v. AUSTIN LOUIS BROWN, as Administrator, etc., of LOUISIANA BROWN, Deceased, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

GEORGE W. CRISS, Respondent, v. ARCHIBALD W. J. POHL and POHL-ABBOTT CONSTRUCTION COMPANY, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JOHN E. DATZ, Respondent, v. ECONOMY COTTON GOODS STORES, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Question to be certified on settlement of order. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

BENJAMIN E. DEVOY, JR., as Trustee in Bankruptcy of MODEL MATTRESS CORPORATION, Respondent, v. SUPERIOR FIRE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

GEORGE DEYLEN and FOSTER H. PLATT, Respondents, v. LOUIS HOFFMAN and LUJOSAM SYNDICATE, INC., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

DORLAND REALTY CORPORATION, Respondent, v. ARVILLE M. TURNER, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.